No. 93–6155. HILL *v.* PENNSYLVANIA. C. A. 3d Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. See this Court's Rule 39.8. Petitioner is allowed until December 6, 1993, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

No. 93–6430. IN RE PORZIO; and
No. 93–6447. IN RE CAHAN. Petitions for writs of habeas corpus denied.

No. 93–6033. IN RE MANFRED. Petition for writ of mandamus denied.

No. 93–6105. IN RE MANWANI;
No. 93–6201. IN RE CORETHERS; and
No. 93–6202. IN RE CORETHERS. Petitions for writs of mandamus and/or prohibition denied.

No. 93–6114. IN RE BROOKS ET AL. Petition for writ of prohibition denied.

No. 93–445. BEECHAM *v.* UNITED STATES; and JONES *v.* UNITED STATES. C. A. 4th Cir. Certiorari granted.

No. 92–8870. TURNPAUGH *v.* MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 92–9069. CRANK *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 92–9095. MCCLARY *v.* MASSACHUSETTS. App. Ct. Mass. Certiorari denied.